# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OCEANA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WYNN COGGINS, et al., <br><br> Defendants. | Case No. 5:21-cv-00736 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Ko to determine whether it is related to 5:19-cv-03809 LHK, *Oceana, Inc. v. Wilbur L. Ross, et al.*

IT IS SO ORDERED.

Date: February 2, 2021

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 21-cv-00736 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES